In the Matter of the Petition of MOLLIE BICKEL against an Attorney.— Order entered confirming report of referee and dismissing the proceeding. All concur. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of KARL A. McCORMICK, Proctor of the Bar for the Eighth Judicial District.— Order of reference entered. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

## FIRST DEPARTMENT, JULY, 1939.
### (July 11, 1939.)

JOSEPHINE B. CAMPBELL, Appellant, v. JOHN J. CAMPBELL, JR., and Others, Respondents. (Action to Set Aside Conveyances.) — Order reversed, with ten dollars costs and disbursements, and motion to dismiss complaint denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; O'Malley and Glennon, JJ., dissent and vote to affirm.

JOSEPHINE B. CAMPBELL, Appellant, v. JOHN J. CAMPBELL, JR., and Others, Respondents. (Action to Set Aside Conveyances.) — Order reversed, with ten dollars costs and disbursements, and motion for leave to serve a supplemental complaint granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; O'Malley and Glennon, JJ., dissent and vote to affirm.

JOSEPHINE B. CAMPBELL, Appellant, v. JOHN J. CAMPBELL, JR., and Others, Respondents. (Action to Admeasure Dower.) — Order reversed, with twenty dollars costs and disbursements, and the motion to dismiss the complaint denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; O'Malley and Glennon, JJ., dissent and vote to affirm.

### (July 13, 1939.)

FANNIE SCHIFFMAN, as Administratrix, etc., of TOBY BECKER, Deceased, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for substitution granted; motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.